EXHIBIT "A"

Int. Cls.: **14, 16, 18, 21 and 25**

Prior U.S. Cls.: **1, 2, 3, 5, 13, 22, 23, 27, 28, 29, 30, 33, 37, 38, 39, 40, 41 and 50**

# United States Patent and Trademark Office

**Reg. No. 2,217,307**
Registered Jan. 12, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## IN-N-OUT

IN-N-OUT BURGERS (CALIFORNIA CORPO-
RATION)
4199 CAMPUS DRIVE, 9TH FLOOR
IRVINE, CA 92612

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2,
27, 28 AND 50).
FIRST USE 8–16–1988; IN COMMERCE
8–16–1988.
FOR: DECALS IN THE NATURE OF
BUMPER STICKERS; PUBLICATIONS IN THE
NATURE OF HOUSE ORGANS; GIFT CERTIFI-
CATES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29,
37, 38 AND 50).
FIRST USE 0–0–1979; IN COMMERCE
0–0–1979.
FOR: BACKPACKS, IN CLASS 18 (U.S. CLS. 1,
2, 3, 22 AND 41).

FIRST USE 4–0–1994; IN COMMERCE
7–0–1994.
FOR: COFFEE MUGS AND THERMAL
MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30,
33, 40 AND 50).
FIRST USE 8–16–1988; IN COMMERCE
8–16–1988.
FOR: SHIRTS, BASEBALL CAPS, LETTER-
MAN'S JACKETS, AND COOKS APRONS, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 1–20–1987; IN COMMERCE
1–20–1987.
OWNER OF U.S. REG. NOS. 1,023,506, 1,101,638
AND OTHERS.

SER. NO. 75–396,996, FILED 11–28–1997.

LESLEY LAMOTHE, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the** TARR web server.

**This page was generated by the TARR system on** 2007-10-24 14:09:47 ET

**Serial Number:** 75396996 Assignment Information        Trademark Document Retrieval

**Registration Number:** 2217307

**Mark (words only):** IN-N-OUT

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2004-09-01

**Filing Date:** 1997-11-28

**Transformed into a National Application:** No

**Registration Date:** 1999-01-12

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-09-02

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. In-N-Out Burgers

**Address:**
In-N-Out Burgers
4199 Campus Drive, 9th Floor
Irvine, CA 92612
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active

watches
**Basis:** 1(a)
**First Use Date:** 1988-08-16
**First Use in Commerce Date:** 1988-08-16

**International Class:** 016
**Class Status:** Active
decals in the nature of bumper stickers; publications in the nature of house organs; gift certificates
**Basis:** 1(a)
**First Use Date:** 1979-00-00
**First Use in Commerce Date:** 1979-00-00

**International Class:** 018
**Class Status:** Active
backpacks
**Basis:** 1(a)
**First Use Date:** 1994-04-00
**First Use in Commerce Date:** 1994-07-00

**International Class:** 021
**Class Status:** Active
coffee mugs and thermal mugs
**Basis:** 1(a)
**First Use Date:** 1988-08-16
**First Use in Commerce Date:** 1988-08-16

**International Class:** 025
**Class Status:** Active
shirts, baseball caps, letterman's jackets, and cooks aprons
**Basis:** 1(a)
**First Use Date:** 1987-01-20
**First Use in Commerce Date:** 1987-01-20

# ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1023506
1031095
1031096
1085163
1101628
1101638

# MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

# PROSECUTION HISTORY

2004-09-01 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-07-21 - Section 8 (6-year) and Section 15 Filed

1999-01-12 - Registered - Principal Register

1998-10-20 - Published for opposition

1998-09-18 - Notice of publication

1998-08-04 - Approved for Pub - Principal Register (Initial exam)

1998-07-23 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ARNOLD M. WENSINGER

**Correspondent**
ARNOLD M. WENSINGER
IN-N-OUT BURGER
4199 CAMPUS DRIVE, 9TH FL
IRVINE, CA 92612

EXHIBIT "B"

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,285,823

Registered Oct. 12, 1999

### SERVICE MARK
### PRINCIPAL REGISTER

# in-n-out

IN-N-OUT BURGERS (CALIFORNIA CORPO-
RATION)
4199 CAMPUS DRIVE
IRVINE, CA 92715

FOR: COMPUTER SERVICES, NAMELY,
PROVIDING DATA BASES IN THE FIELD OF
RESTAURANT SERVICES AND IN THE FIELD
OF RETAIL AND MAIL ORDER MERCHAN-

DISING SERVICES, IN CLASS 42 (U.S. CLS. 100
AND 101).
FIRST USE 4-27-1999; IN COMMERCE
4-27-1999.
OWNER OF U.S. REG. NOS. 1,085,163,
1,525,982, AND OTHERS.

SN 75-137,201, FILED 7-22-1996.

DAVID H. STINE, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the** TARR web server.

**This page was generated by the TARR system on** 2007-10-24 13:44:53 ET

**Serial Number:** 75137201 Assignment Information        Trademark Document Retrieval

**Registration Number:** 2285823

**Mark**

# in-n-out

**(words only):** IN-N-OUT

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2005-02-08

**Filing Date:** 1996-07-22

**Transformed into a National Application:** No

**Registration Date:** 1999-10-12

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 834 -Post Registration

**Date In Location:** 2005-02-08

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. IN-N-OUT BURGERS

**Address:**
IN-N-OUT BURGERS
4199 Campus Drive

Irvine, CA 92715
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 042
**Class Status:** Active
computer services, namely, providing data bases in the field of restaurant services and in the field of retail and mail order merchandising services
**Basis:** 1(a)
**First Use Date:** 1999-04-27
**First Use in Commerce Date:** 1999-04-27

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1085163
1101628
1101638
1522799
1525982

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-02-08 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-12-08 - Section 8 (6-year) and Section 15 Filed

2004-12-13 - PAPER RECEIVED

1999-10-12 - Registered - Principal Register

1999-07-06 - Allowed for Registration - Principal Register (SOU accepted)

1999-06-29 - Assigned To Examiner

1999-06-24 - Statement of use processing complete

1999-05-26 - Amendment to Use filed

1998-12-14 - Extension 3 granted

1998-11-20 - Extension 3 filed

1998-06-03 - Extension 2 granted

1998-05-14 - Extension 2 filed

1998-01-17 - Extension 1 granted

1997-11-26 - Extension 1 filed

1997-07-01 - Notice of allowance - mailed

1997-04-08 - Published for opposition

1997-03-07 - Notice of publication

1997-01-29 - Approved for Pub - Principal Register (Initial exam)

1997-01-23 - Examiner's amendment mailed

1997-01-22 - Previous allowance count withdrawn

1997-01-22 - Approved for Pub - Principal Register (Initial exam)

1997-01-17 - Examiner's amendment mailed

1997-01-13 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ARNOLD M. WENSINGER

**Correspondent**
ARNOLD M. WENSINGER
IN-N-OUT BURGERS
4199 CAMPUS DRIVE, 9TH FL.
IRVINE, CA 92612

EXHIBIT "C"

Int. Cls.: 29, 30, 32 and 42

Prior U.S. Cls.: 45, 46 and 100

# United States Patent and Trademark Office

Reg. No. 1,525,982
Registered Feb. 21, 1989

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



IN-N-OUT BURGERS (CALIFORNIA CORPO-
RATION)
13502 EAST VIRGINIA AVENUE
BALDWIN PARK, CA 91706

FOR: MILK AND FRENCH FRIED POTA-
TOES FOR CONSUMPTION ON OR OFF THE
PREMISES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 4–0–1988; IN COMMERCE
4–0–1988.

FOR: HAMBURGER SANDWICHES AND
CHEESEBURGER SANDWICHES, HOT
COFFEE, AND MILKSHAKES FOR CONSUMP-
TION ON OR OFF THE PREMISES, IN CLASS
30 (U.S. CL. 46).

FIRST USE 4–0–1988; IN COMMERCE
4–0–1988.

FOR: LEMONADE AND SOFT DRINKS FOR
CONSUMPTION ON OR OFF THE PREMISES,
IN CLASS 32 (U.S. CL. 45).

FIRST USE 4–0–1988; IN COMMERCE
4–0–1988.

FOR: RESTAURANT SERVICES AND
CARRY-OUT RESTAURANT SERVICES, IN
CLASS 42 (U.S. CL. 100).

FIRST USE 4–0–1987; IN COMMERCE
4–0–1987.

OWNER OF U.S. REG. NOS. 1,023,506, 1,281,821
AND OTHERS.

THE DRAWING IS LINED FOR THE
COLORS RED AND YELLOW.

SER. NO. 738,306, FILED 7–5–1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTOR-
NEY

Latest Status Info

Page 1 of 3

**Thank you for your request. Here are the latest results from the** TARR web server.

**This page was generated by the TARR system on** 2007-10-24 13:45:58 ET

**Serial Number:** 73738306 Assignment Information    Trademark Document Retrieval

**Registration Number:** 1525982

**Mark**



**(words only):** IN-N-OUT

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1995-06-30

**Filing Date:** 1988-07-05

**Transformed into a National Application:** No

**Registration Date:** 1989-02-21

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1995-07-11

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. IN-N-OUT BURGERS

**Address:**
IN-N-OUT BURGERS
13502 EAST VIRGINIA AVENUE

BALDWIN PARK, CA 91706
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 029
**Class Status:** Active
MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES
**Basis:** 1(a)
**First Use Date:** 1988-04-00
**First Use in Commerce Date:** 1988-04-00

**International Class:** 030
**Class Status:** Active
HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES
**Basis:** 1(a)
**First Use Date:** 1988-04-00
**First Use in Commerce Date:** 1988-04-00

**International Class:** 032
**Class Status:** Active
LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES
**Basis:** 1(a)
**First Use Date:** 1988-04-00
**First Use in Commerce Date:** 1988-04-00

**International Class:** 042
**Class Status:** Active
RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES
**Basis:** 1(a)
**First Use Date:** 1987-04-00
**First Use in Commerce Date:** 1987-04-00

## ADDITIONAL INFORMATION

**Lining and Stippling:** THE DRAWING IS LINED FOR THE COLORS RED AND YELLOW.

**Design Search Code(s):**
**24.15.25** - Other arrows
**26.17.12** - Angles (geometric); Chevrons

**Prior Registration Number(s):**
1023506
1031095
1031096
1085163

1101628
1281821

# MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

# PROSECUTION HISTORY

1995-06-30 - Section 8 (6-year) accepted & Section 15 acknowledged

1994-11-16 - Section 8 (6-year) and Section 15 Filed

1989-02-21 - Registered - Principal Register

1988-11-29 - Published for opposition

1988-10-29 - Notice of publication

1988-08-17 - Approved for Pub - Principal Register (Initial exam)

1988-08-15 - Assigned To Examiner

1988-08-15 - Assigned To Examiner

# ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
EDWARD O. ANSELL

**Correspondent**
EDWARD O. ANSELL
449 W. WILLAMETTE LANE
CLAREMONT, CA 91711

EXHIBIT "D"

Int. Cls.: **29, 30, 32 and 42**

Prior U.S. Cls.: **45, 46 and 100**

## United States Patent and Trademark Office

Reg. No. **1,522,799**
Registered Jan. 31, 1989

### TRADEMARK
### SERVICE MARK
#### PRINCIPAL REGISTER



IN-N-OUT BURGERS (CALIFORNIA CORPO-
RATION)
13502 EAST VIRGINIA AVENUE
BALDWIN PARK, CA 91706

FOR: MILK AND FRENCH FRIED POTA-
TOES FOR CONSUMPTION ON OR OFF THE
PREMISES, IN CLASS 29 (U.S. CL. 46).
FIRST USE 4-0-1988; IN COMMERCE
4-0-1988.
FOR: HAMBURGER SANDWICHES AND
CHEESEBURGER SANDWICHES, HOT
COFFEE, AND MILKSHAKES FOR CONSUMP-
TION ON OR OFF THE PREMISES, IN CLASS
30 (U.S. CL. 46).
FIRST USE 4-0-1988; IN COMMERCE
4-0-1988.
FOR: LEMONADE AND SOFT DRINKS FOR
CONSUMPTION ON OR OFF THE PREMISES,
IN CLASS 32 (U.S. CL. 45).

FIRST USE 4-0-1988; IN COMMERCE
4-0-1988.
FOR: RESTAURANT SERVICES AND
CARRY-OUT RESTAURANT SERVICES, IN
CLASS 42 (U.S. CL. 100).
FIRST USE 4-0-1987; IN COMMERCE
4-0-1987.
OWNER OF U.S. REG. NOS. 1,023,506, 1,281,821
AND OTHERS.
THE MARK COMPRISES THE WORDS "IN-
N-OUT" SUPERIMPOSED OVER A STYLIZED
ARROW.

SER. NO. 738,305, FILED 7-5-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTOR-
NEY

**Thank you for your request. Here are the latest results from the** TARR web server.

**This page was generated by the TARR system on** 2007-10-24 14:00:48 ET

**Serial Number:** 73738305 Assignment Information    Trademark Document Retrieval

**Registration Number:** 1522799

**Mark**



**(words only):** IN-N-OUT

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1995-06-30

**Filing Date:** 1988-07-05

**Transformed into a National Application:** No

**Registration Date:** 1989-01-31

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1995-07-26

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. IN-N-OUT BURGERS

**Address:**
IN-N-OUT BURGERS
13502 EAST VIRGINIA AVENUE

BALDWIN PARK, CA 91706
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 029
**Class Status:** Active
MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES
**Basis:** 1(a)
**First Use Date:** 1988-04-00
**First Use in Commerce Date:** 1988-04-00

**International Class:** 030
**Class Status:** Active
HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND
MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES
**Basis:** 1(a)
**First Use Date:** 1988-04-00
**First Use in Commerce Date:** 1988-04-00

**International Class:** 032
**Class Status:** Active
LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES
**Basis:** 1(a)
**First Use Date:** 1988-04-00
**First Use in Commerce Date:** 1988-04-00

**International Class:** 042
**Class Status:** Active
RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES
**Basis:** 1(a)
**First Use Date:** 1987-04-00
**First Use in Commerce Date:** 1987-04-00

## ADDITIONAL INFORMATION

**Description of Mark:** THE MARK COMPRISES THE WORDS "IN-N-OUT" SUPERIMPOSED
OVER A STYLIZED ARROW.

**Design Search Code(s):**
24.15.25 - Other arrows
26.17.12 - Angles (geometric): Chevrons

**Prior Registration Number(s):**
1023506
1031095
1031096

1085163
1101628
1101638
1281821

# MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

# PROSECUTION HISTORY

1995-06-30 - Section 8 (6-year) accepted & Section 15 acknowledged

1994-11-16 - Section 8 (6-year) and Section 15 Filed

1989-01-31 - Registered - Principal Register

1988-11-08 - Published for opposition

1988-10-08 - Notice of publication

1988-08-17 - Approved for Pub - Principal Register (Initial exam)

1988-08-15 - Assigned To Examiner

1988-08-15 - Assigned To Examiner

# ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
EDWARD O. ANSELL

**Correspondent**
EDWARD O. ANSELL
449 W. WILLAMETTE LANE
CLAREMONT, CA 91711

EXHIBIT "E"

Int. Cl.: 29, 32

Prior U.S. Cl.: 46

United States Patent and Trademark Office

Reg. No. 1,101,628
Registered Sept. 5, 1978

## TRADEMARK
### Principal Register

# IN-N-OUT

In-N-Out Burgers (California corporation)
13502 E. Virginia Ave.
Baldwin Park, Calif.    91706

For: MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES, in CLASS 29 (U.S. CL. 46).

For: LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES, in CLASS 32 (U.S. CL. 46).

First use at least as early as 1949; in commerce at least as early as 1949.

Ser. No. 133,176, filed July 7, 1977.

JOHN C. DEMOS, Supervisory Examiner

DEBORAH L. KRAMM, Examiner

**Thank you for your request. Here are the latest results from the** TARR web server.

**This page was generated by the TARR system on** 2007-10-24 14:00:33 ET

**Serial Number:** 73133176 Assignment Information    Trademark Document Retrieval

**Registration Number:** 1101628

**Mark (words only):** IN-N-OUT

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1998-09-10

**Filing Date:** 1977-07-07

**Transformed into a National Application:** No

**Registration Date:** 1978-09-05

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1998-10-26

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. IN-N-OUT BURGERS

**Address:**
IN-N-OUT BURGERS
4199 CAMPUS DRIVE, NINTH FLOOR
IRVINE, CA 92612
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 029
**Class Status:** Active

MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES
**Basis:** 1(a)
**First Use Date:** 1949-00-00
**First Use in Commerce Date:** 1949-00-00

**International Class:** 032
**Class Status:** Active
LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES
**Basis:** 1(a)
**First Use Date:** 1949-00-00
**First Use in Commerce Date:** 1949-00-00

# ADDITIONAL INFORMATION

(NOT AVAILABLE)

# MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

# PROSECUTION HISTORY

2007-09-21 - PAPER RECEIVED

1998-09-10 - First renewal 10 year

1998-07-15 - Section 9 filed/check record for Section 8

1983-12-12 - Section 8 (6-year) accepted & Section 15 acknowledged

# ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ARNOLD M WENSINGER

**Correspondent**
ARNOLD M WENSINGER
IN-N-OUT BURGERS
4199 CAMPUS DR STE 900
IRVINE CA 92612

EXHIBIT "F"

Int. Cl.: 42

Prior U.S. Cl.: 100

# United States Patent Office

Reg. No. 1,085,163
Registered Feb. 7, 1978

## SERVICE MARK
### Principal Register

## IN-N-OUT

In-N-Out Burgers (California corporation)
13502 E. Virginia Ave.
Baldwin Park, Calif.   91706

For: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES, in CLASS 42 (U.S. CL. 100).

First use at least as early as 1949; in commerce at least as early as 1949.

Owner of Reg. Nos. 1,023,506, 1,031,095, and 1,031,-096.

Ser. No. 133,175, filed July 7, 1977.

JOHN C. DEMOS, Supervisory Examiner
DEBORAH KRAMM, Examiner

**Thank you for your request. Here are the latest results from the** TARR web server.

**This page was generated by the TARR system on** 2007-10-24 14:00:22 ET

**Serial Number:** 73133175 Assignment Information    Trademark Document Retrieval

**Registration Number:** 1085163

**Mark (words only):** IN-N-OUT

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2007-06-10

**Filing Date:** 1977-07-07

**Transformed into a National Application:** No

**Registration Date:** 1978-02-07

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-06-10

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. IN-N-OUT BURGERS

**Address:**
IN-N-OUT BURGERS
4199 CAMPUS DRIVE, SUITE 900
IRVINE, CA 92612
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 042
**Class Status:** Active

RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES
**Basis:** 1(a)
**First Use Date:** 1949-00-00
**First Use in Commerce Date:** 1949-00-00

# ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1023506
1031095
1031096

# MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

# PROSECUTION HISTORY

2007-06-10 - Second renewal 10 year

2007-06-10 - Section 8 (10-year) accepted/ Section 9 granted

2007-05-23 - Assigned To Paralegal

2007-04-23 - Combined Section 8 (10-year)/Section 9 filed

2007-04-23 - PAPER RECEIVED

1997-10-30 - First renewal 10 year

1997-09-25 - Section 9 filed/check record for Section 8

1997-09-25 - Section 9 filed/check record for Section 8

1983-11-01 - Section 8 (6-year) accepted & Section 15 acknowledged

# ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ARNOLD M WENSINGER

**Correspondent**
ARNOLD M WENSINGER
IN-N-OUT BURGERS
4199 CAMPUS DR STE 900
IRVINE CA 92612

EXHIBIT "G"

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 1,101,638
Registered Sept. 5, 1978

## TRADEMARK
### Principal Register

## IN-N-OUT

In-N-Out Burgers (California corporation)
13502 E. Virginia Ave.
Baldwin Park, Calif. 91706

For: CHEESEBURGERS, HAMBURGERS, HOT COFFEE AND MILKSHAKES FOR CONSUMPTION ON OR OFF PREMISES, in CLASS 30 (U.S. CL. 46).

First use at least as early as 1949; in commerce at least as early as 1949.

Owner of Reg. Nos. 1,023,506, 1,031,095, and 1,031,096.

Ser. No. 133,174, filed July 7, 1977.

JOHN C. DEMOS, Supervisory Examiner
DEBORAH L. KAMM, Examiner

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-10-24 14:00:10 ET

**Serial Number:** 73133174 Assignment Information     Trademark Document Retrieval

**Registration Number:** 1101638

**Mark (words only):** IN-N-OUT

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1998-09-17

**Filing Date:** 1977-07-07

**Transformed into a National Application:** No

**Registration Date:** 1978-09-05

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1998-10-29

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. IN-N-OUT BURGERS

**Address:**
IN-N-OUT BURGERS
4199 CAMPUS DRIVE, NINTH FLOOR
IRVINE, CA 92612
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

CHEESEBURGERS, HAMBURGERS, HOT COFFEE AND MILKSHAKES FOR CONSUMPTION ON OR OFF PREMISES
**Basis:** 1(a)
**First Use Date:** 1949-00-00
**First Use in Commerce Date:** 1949-00-00

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1023506
1031095
1031096

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-09-21 - PAPER RECEIVED

1998-09-17 - First renewal 10 year

1998-07-15 - Section 9 filed/check record for Section 8

1983-12-30 - Section 8 (6-year) accepted & Section 15 acknowledged

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
ARNOLD M WENSINGER
IN-N-OUT BURGER
4199 CAMPUS DR 9TH FL
IRVINE CA 92612

EXHIBIT "H"

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,291,183
Registered Nov. 9, 1999

## SERVICE MARK
### PRINCIPAL REGISTER



IN-N-OUT BURGERS (CALIFORNIA CORPO-
RATION)
4199 CAMPUS DRIVE
IRVINE, CA 92612

FOR: FINANCIAL SPONSORSHIP OF RACE
CARS AND RACE CAR DRIVERS, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1985; IN COMMERCE
0-0-1985.
OWNER OF U.S. REG. NOS. 1,522,799, 1,960,015
AND OTHERS.

SER. NO. 75-559,057, FILED 9-25-1998.

WILLIAM P. SHANAHAN, EXAMINING AT-
TORNEY

**Thank you for your request. Here are the latest results from the** TARR web server.

**This page was generated by the TARR system on** 2007-10-24 13:59:55 ET

**Serial Number:** 75559057 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2291183

**Mark**



**(words only):** IN-N-OUT BURGER

**Standard Character claim:** No

**Current Status:** Registration canceled under Section 8.

**Date of Status:** 2007-06-09

**Filing Date:** 1998-09-25

**Transformed into a National Application:** No

**Registration Date:** 1999-11-09

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-06-09

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. In-N-Out Burgers

**Address:**
In-N-Out Burgers
4199 Campus Drive

Irvine, CA 92612
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Section 8 - Cancelled
Financial sponsorship of race cars and race car drivers
**Basis:** 1(a)
**First Use Date:** 1985-00-00
**First Use in Commerce Date:** 1985-00-00

## ADDITIONAL INFORMATION

**Design Search Code(s):**
24.15.25 - Other arrows

**Prior Registration Number(s):**
1522799
1525982
1960015

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-06-09 - Canceled Section 8 (6-year)

2006-10-10 - Post Registration action mailed Section 8 & 15

2006-08-17 - Assigned To Paralegal

2006-05-22 - Section 8 (6-year) and Section 15 Filed

2006-06-16 - Case File In TICRS

2006-05-22 - PAPER RECEIVED

1999-11-09 - Registered - Principal Register

1999-08-17 - Published for opposition

1999-07-16 - Notice of publication

1999-04-08 - Approved for Pub - Principal Register (Initial exam)

1999-04-05 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ARNOLD M WENSINGER

**Correspondent**
ARONLD M WENSINGER
IN-N-OUT BURGERS
4199 CAMPUS DRVE, NINTH FLOOR
IRVNE, CA 92612

EXHIBIT "I"

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,121,178

## United States Patent and Trademark Office

Registered Dec. 16, 1997

### SERVICE MARK
### PRINCIPAL REGISTER



IN-N-OUT BURGERS FOUNDATION (CALIFORNIA NON-PROFIT CORPORATION)
13502 HAMBURGER LANE
BALDWIN PARK, CA 91706

FOR: CHARITABLE FUND RAISING AND DISTRIBUTION OF FUNDS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-20-1996; IN COMMERCE 2-20-1996.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FOUNDATION" OR "CHILDREN'S BENEFIT", APART FROM THE MARK AS SHOWN.

THE STIPPLING WHICH APPEARS IN THE MARK IS FOR SHADING PURPOSES ONLY AND IS NOT INTENDED TO INDICATE COLOR.

SER. NO. 75-156,025, FILED 8-22-1996.

JAMES A. RAUEN, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-10-24 13:58:56 ET

**Serial Number:** 75156025 Assignment Information    Trademark Document Retrieval

**Registration Number:** 2121178

**Mark**



**(words only):** IN-N-OUT BURGER FOUNDATION CHILDREN'S BENEFIT

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2007-03-28

**Filing Date:** 1996-08-22

**Transformed into a National Application:** No

**Registration Date:** 1997-12-16

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-03-28

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. IN-N-OUT BURGERS FOUNDATION

**Address:**
IN-N-OUT BURGERS FOUNDATION
4199 CAMPUS DRIVE NINTH FLOOR

IRVINE, CA 92612
United States
**Legal Entity Type:** NON-PROFIT CORPORATION
**State or Country Where Organized:** California

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active
charitable fund raising and distribution of funds
**Basis:** 1(a)
**First Use Date:** 1996-02-20
**First Use in Commerce Date:** 1996-02-20

## ADDITIONAL INFORMATION

**Disclaimer:** "FOUNDATION" or "CHILDREN'S BENEFIT"

**Lining and Stippling:** The stippling which appears in the mark is for shading purposes only and is not intended to indicate color.

**Design Search Code(s):**
**02.05.04** - Children, girl(s); Girls
**02.05.05** - Boys; Children, boy(s)
**02.07.05** - Groups, children
**02.09.14** - Dancing, humans; Humans, including men, women and children, depicted dancing
**18.03.04** - Dollies; Wagons, children's

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-03-28 - First renewal 10 year

2007-03-28 - Section 8 (10-year) accepted/ Section 9 granted

2007-03-26 - Assigned To Paralegal

2007-01-12 - Combined Section 8 (10-year)/Section 9 filed

2007-02-13 - Case File In TICRS

2007-01-12 - PAPER RECEIVED

2006-05-19 - Review Of Correspondence Complete

2004-02-05 - FAX RECEIVED

2004-02-05 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-01-26 - Post Registration action mailed Section 8 & 15

2003-11-06 - Section 8 (6-year) and Section 15 Filed

1997-12-16 - Registered - Principal Register

1997-09-23 - Published for opposition

1997-08-22 - Notice of publication

1997-04-04 - Approved for Pub - Principal Register (Initial exam)

1997-04-01 - Examiner's amendment mailed

1997-03-20 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ARNOLD M. WENSINGER

**Correspondent**
ARNOLD M WENSINGER
IN-N-OUT BURGERS FOUNDATION
4199 CAMPUS DR 9TH FL
NINTH FLOOR
IRVINE, CA 92612

EXHIBIT "J"

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,035,491
Registered Feb. 4, 1997

### SERVICE MARK
### PRINCIPAL REGISTER

## IN-N-OUT BURGER FOUNDATION

IN-N-OUT BURGERS FOUNDATION (CALIFORNIA NON-PROFIT CORPORATION)
13502 HAMBURGER LANE
BALDWIN PARK, CA 91706

FOR: CHARITABLE FUNDRAISING AND DISTRIBUTION OF FUNDS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).
FIRST USE 2-20-1996; IN COMMERCE 2-20-1996.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FOUNDATION", APART FROM THE MARK AS SHOWN.

SER. NO. 75-061,338, FILED 2-22-1996.

MELVIN AXILBUND, EXAMINING ATTORNEY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-10-24 13:59:42 ET

**Serial Number:** 75061338 Assignment Information    Trademark Document Retrieval

**Registration Number:** 2035491

**Mark (words only):** IN-N-OUT BURGER FOUNDATION

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-12-22

**Filing Date:** 1996-02-22

**Transformed into a National Application:** No

**Registration Date:** 1997-02-04

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-12-28

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. IN-N-OUT BURGERS FOUNDATION

**Address:**
IN-N-OUT BURGERS FOUNDATION
4199 CAMPUS DRIVE, NINTH FL
IRVIN, CA 92612
United States
**Legal Entity Type:** NON-PROFIT CORPORATION
**State or Country Where Organized:** California

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active

charitable fundraising and distribution of funds
**Basis:** 1(a)
**First Use Date:** 1996-02-20
**First Use in Commerce Date:** 1996-02-20

## ADDITIONAL INFORMATION

**Disclaimer:** "FOUNDATION"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-12-28 - Case File In TICRS

2006-12-22 - First renewal 10 year

2006-12-22 - Section 8 (10-year) accepted/ Section 9 granted

2006-12-22 - Assigned To Paralegal

2006-12-12 - Initial Review Action Mailed - Sect 8 & 9

2006-10-20 - Combined Section 8 (10-year)/Section 9 filed

2006-10-20 - PAPER RECEIVED

2002-04-18 - Section 8 (6-year) accepted & Section 15 acknowledged

2002-02-13 - Section 8 (6-year) and Section 15 Filed

1997-02-04 - Registered - Principal Register

1996-11-12 - Published for opposition

1996-10-11 - Notice of publication

1996-09-04 - Approved for Pub - Principal Register (Initial exam)

1996-09-04 - Amendment to Use approved

1996-08-29 - Examiner's amendment mailed

1996-08-15 - Assigned To Examiner

1996-04-22 - Communication received from applicant

1996-05-22 - Amendment to use processing complete

1996-04-22 - Amendment to Use filed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ARNOLD M. WENSINGER

**Correspondent**
ARNOLD M. WENSINGER,
IN-N-OUT BRUGERS
4199 CAMPUS DRIVE, NINTH FLOOR
IRVINE, CA 92612
Phone Number: 949-509-6240
Fax Number: 949-509-6378