Elizabeth Campbell, Esq. (PA Bar No. 83729)
PEPPER HAMILTON LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

E-FILING

Clerk's Use Only
Initial for fee pd.:

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN-N-OUT BURGERS, a California
Corporation,

        Plaintiff,

        v.

SAI M. ONG, an individual d/b/a/ "IN N
OUT SMOG CHECK" 2555 Glen Alma
Way, San Jose, California 95148, et al.,

        Defendants.

CASE NO.

C 07  05453

JL

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Elizabeth Campbell, an active member in good standing of the bar of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing IN-N-OUT BURGERS, a California Corporation, in the above-entitled action.

In support of this application, I certify on oath that:

1.   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.   An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael L. Meeks, (CA State Bar No. 172000) PEPPER HAMILTON LLP 5 Park Plaza, Suite 1700, Irvine, California, (949) 567-3500.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 23, 2007

American LegalNet, Inc.
www.FormsWorkflow.com