M. Kelly Tillery, Esq. (PA Bar No. 30380)
PEPPER HAMILTON LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000




ADR    E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN-N-OUT BURGERS, a California Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>SAI M. ONG, an individual d/b/a/ "IN N OUT SMOG CHECK" 2555 Glen Alma Way, San Jose, California 95148, et al.,<br>  Defendants. | C07 05453  CASE NO.<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, M. Kelly Tillery, an active member in good standing of the bar of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing IN-N-OUT BURGERS, a California Corporation, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Michael L. Meeks, (CA State Bar No. 172000) PEPPER HAMILTON LLP 5 Park Plaza, Suite 1700, Irvine, California, (949) 567-3500.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2007