ADR FILING

C07 05453 JL

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|-----|-----|-----|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court ___Northern District of California___ on the following    G Patents or    ☒ Trademarks:

| DOCKET NO. | DATE FILED 10/24/2007 | U.S. DISTRICT COURT Northern District of California |
|-----|-----|-----|
| PLAINTIFF<br><br>In-N-Out Burgers | | DEFENDANT<br><br>Sai M. Ong, an individual d/b/a "IN N OUT SMOG CHECK", et. al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|-----|-----|-----|
| 1 | 2217307 | 1/12/1999 | IN-N-OUT BURGERS |
| 2 | 2285823 | 10/12/1999 | IN-N-OUT BURGERS |
| 3 | 1525982 | 2/21/1989 | IN-N-OUT BURGERS |
| 4 | 1522799 | 1/31/1989 | IN-N-OUT BURGERS |
| 5 | 1101628 | 9/5/1978 | IN-N-OUT BURGERS |

See attachment.

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|-----|-----|-----|-----|-----|
| | G Amendment | G Answer | G Cross Bill | G Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|-----|-----|-----|
| 1 | | | |
| 2 | | | |
| | | | |
| | | | |
| | | | |

RECEIVED OCT 2 5 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|-----|
| |

| CLERK<br><br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br><br>*Gloria Acevedo* | DATE<br><br>10-29-07 |
|-----|-----|-----|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

1

2

**ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

3

4

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1085163 | 2/7/1978 | IN-N-OUT BURGERS |
| 1101638 | 9/5/1978 | IN-N-OUT BURGERS |
| 2291183 | 11/9/1999 | IN-N-OUT BURGERS |
| 2121178 | 12/16/1997 | IN-N-OUT BURGERS FOUNDATION |
| 2035491 | 2/4/1997 | IN-N-OUT BURGERS  FOUNDATION |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Report on the Filing or Determination of Action Re Patent or Trademark