UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
OCT 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN-N-OUT BURGERS, a California Corporation,

    Plaintiff,

v.

SAI M. ONG, an individual d/b/a "IN N OUT SMOG CHECK" 2555 Glen Alma Way, San Jose, California 95148, et al.,

    Defendants.

CASE NO. C07 05453

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

E-filing

M. Kelly Tillery, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number is Pepper Hamilton, LLP, 3000 Two Logan Square, Eighteenth and Arch Street, Philadelphia, PA 19103-2799, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing IN-N-OUT BURGERS, a California Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/29/07



_____
United States District Court Judge
JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

American LegalNet, Inc.
www.FormsWorkflow.com