1  Michael L. Meeks, Esq. (State Bar No. 172000)
2  Michael A. Rule, Esq. (State Bar No. 152452)
   Becky Hsiao, Esq. (State Bar. No. 232361)
3  **PEPPER HAMILTON LLP**
4  5 Park Plaza, Suite 1700
   Irvine, California  92614
5  Telephone:  949.567.3500
6  Fax:  866.777.8799
   E-Mail: Meeksm@pepperlaw.com
7

8  M. Kelly Tillery, Esq. (PA Bar No. 30380)
   Elizabeth Campbell, Esq. (PA Bar No. 83729)
9  **PEPPER HAMILTON LLP**
10 3000 Two Logan Square
   Eighteenth and Arch Streets
11 Philadelphia, PA 19103-2799
12 Telephone 215.981.4000
   Facsimile 215.981.4750
13 E-Mail tilleryk@pepperlaw.com

14 Attorneys for IN-N-OUT BURGERS, a California Corp.
15
16              UNITED STATES DISTRICT COURT
17   NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN-N-OUT BURGERS, a California Corporation, | Case No.  C07 05453 JL |
| Plaintiff, | **PROOF OF SERVICE RE PHI L. LE** |
| v. | |
| SAI M. ONG, et al., | |
| Defendants. | |

1

Proof of Service

| *Attorney or Party without Attorney:* <br> MICHAEL L. MEEKS, ESQ., Bar #172000 <br> PEPPER HAMILTON LLP <br> 5 PARK PLAZA <br> SUITE 1700 <br> IRVINE, CA 92614 <br> *Telephone No:* (949) 567-3500    *FAX No:* (866) 777-8799 <br> *Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court, Northern District Of California | |
| *Plaintiff:* IN-N-OUT BURGERS <br> *Defendant:* SAI M. ONG | |

| **PROOF OF SERVICE** <br> **Summons & Complaint-Civil** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C07 05453 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint; Civil Cover Sheet; Report On The Filing Or Determination Of An Actio Regarding A Patent Or Trademark; Application For Admission Of Attorney Pro Hac Vice; Order Granting Application For Admission Of Attorney Pro Hac Vice; Order Granting Application For Admission Of Attorney Pro Hac Vice; Order Setting Initioal Case Management Conference And Adr Deadlines; Order Setting Case Management Conference; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Notice Of Settlement Conference And Settlement Conference Order; Joint Case Management Statement And Proposed Order.

3. a. *Party served:*    PHI L. LE, an individual d/b/a "IN-N-OUT-SMOG CHECK"

4. *Address where the party was served:*    3114 Dakan Court <br> Unit 3 <br> SAN JOSE, CA 95101

5. *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Oct. 31, 2007 (2) at: 10:32AM

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. ELLENOR RIOS
    d. *The Fee for Service was:*
    e. I am: (3) registered California process server
        (i) Owner
        (ii) *Registration No.:*    984
        (iii) *County:*    Santa Clara

**First Legal Support Services** <sub>SM</sub>
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, Nov. 02, 2007

*Ellenor Rios*

| Judicial Council Form <br> Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> Summons & Complaint-Civ | (ELLENOR RIOS) <br> *1800928.ep.micmee.95555* |
|---|---|---|