Michael L. Meeks, Esq. (State Bar No. 172000)
Michael A. Rule, Esq. (State Bar No. 152452)
Becky Hsiao, Esq. (State Bar. No. 232361)
**PEPPER HAMILTON LLP**
5 Park Plaza, Suite 1700
Irvine, California  92614
Telephone:  949.567.3500
Fax:  866.777.8799
E-Mail: Meeksm@pepperlaw.com

M. Kelly Tillery, Esq. (PA Bar No. 30380)
Elizabeth Campbell, Esq. (PA Bar No. 83729)
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone 215.981.4000
Facsimile 215.981.4750
E-Mail tilleryk@pepperlaw.com

Attorneys for IN-N-OUT BURGERS, a California Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN-N-OUT BURGERS, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAI M. ONG, an individual d/b/a "IN N OUT SMOG CHECK," BO TRAN, an individual d/b/a "IN & OUT SMOG CHECK," PHI L. LE, an individual d/b/a "IN-N-OUT | Case No.  C07 05453 JL<br><br>**PROOF OF SERVICE RE MAN Q. DINH** |

1

Proof of Service

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| MICHAEL L. MEEKS, ESQ., Bar #172000<br>PEPPER HAMILTON LLP<br>5 PARK PLAZA<br>SUITE 1700<br>IRVINE, CA 92614 | | | | |
| Telephone No: (949) 567-3500    FAX No: (866) 777-8799 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Northern District Of California | | | | |
| Plaintiff: IN-N-OUT BURGERS | | | | |
| Defendant: SAI M. ONG | | | | |
| **PROOF OF SERVICE**<br>**Summons & Complaint-Civil** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 05453 JL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint; Civil Cover Sheet; Report On The Filing Or Determination Of An Actio Regarding A Patent Or Trademark; Application For Admission Of Attorney Pro Hac Vice; Order Granting Application For Admission Of Attorney Pro Hac Vice; Order Granting Application For Admission Of Attorney Pro Hac Vice; Order Setting Initioal Case Management Conference And Adr Deadlines; Order Setting Case Management Conference; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Notice Of Settlement Conference And Settlement Conference Order; Joint Case Management Statement And Proposed Order.

3. a. Party served:    MAN Q. DINH, an individual d/b/a "IN N OUT SMOG CHECK"

4. Address where the party was served:    3114 DAKAN COURT
   UNIT 3
   SAN JOSE, CA 95135

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sun., Nov. 04, 2007 (2) at: 7:42PM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELLENOR RIOS
   d. The Fee for Service was:
   
   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331
   
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 984
      (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Nov. 15, 2007

                                                                              (ELLENOR RIOS)

Judicial Council Form                         PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007        Summons & Complaint-Civ                    1800925;am.micmee.97881