Michael L. Meeks, Esq. (State Bar No. 172000)
Michael A. Rule, Esq. (State Bar No. 152452)
Becky Hsiao, Esq. (State Bar. No. 232361)
**PEPPER HAMILTON LLP**
5 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: 949.567.3500
Fax: 866.777.8799
E-Mail: Meeksm@pepperlaw.com

M. Kelly Tillery, Esq. (PA Bar No. 30380)
Elizabeth Campbell, Esq. (PA Bar No. 83729)
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone 215.981.4000
Facsimile 215.981.4750
E-Mail tilleryk@pepperlaw.com

Attorneys for IN-N-OUT BURGERS, a California Corp.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN-N-OUT BURGERS, a California Corporation, | Case No. C07 05453 JL |
| Plaintiff, | Assigned for all purposes to the Honorable James Larson, Dept. F |
| v. | **NOTICE OF SETTLEMENT** |
| SAI M. ONG, an individual d/b/a "IN N OUT SMOG CHECK," BO TRAN, an individual d/b/a "IN & OUT SMOG CHECK," PHI L. LE, an individual d/b/a "IN-N-OUT | |

1

1  SMOG CHECK," MAN Q. DINH,
   an individual d/b/a "IN N OUT
2  SMOG CHECK,"
3
                    Defendants.
4
5
6          TO THE CLERK OF THE COURT:
7          The undersigned counsel for plaintiff IN-N-OUT BURGERS hereby notifies
8  the Court that the issues between the parties have been settled and that plaintiff IN-
9  N-OUT BURGERS will file a request to dismiss the action without prejudice
10 against all defendants within 30 days, pending execution of settlement agreements
11 between the parties.
12 Dated:        January 7, 2008        Respectfully submitted,
13
                                  By:_____/s/_____
14                                     Michael Rule, Esq.
15                                     Michael L. Meeks, Esq.
                                       Becky Hsiao, Esq.
16                                     PEPPER HAMILTON LLP
17                                     5 Park Plaza, Suite 1700
                                       Irvine, CA 92614-8503
18                                     Telephone: 949.567.2500
19                                     Facsimile 949. 863.0151
                                       E-Mail: meeksm@pepperlaw.com
20
21                                     M. Kelly Tillery, Esq. (PA Bar No. 30386)
                                       PEPPER HAMILTON LLP
22                                     3000 Two Logan Square
23                                     Eighteenth & Arch Streets
                                       Philadelphia, PA 19103-2799
24                                     Telephone: 215.981.4000
25                                     Facsimile: 215.981.4750
                                       E-mail: tilleryk@pepprelaw.com
26
27                                     Attorneys for IN-N-OUT BURGERS
28
                                  2
                          Notice of Settlement

1

## PROOF OF SERVICE

2

    I am employed in the County of Orange, State of California, am over the age of 18 and not

3

a party to the within action. My business address is Pepper Hamilton LLP, 5 Park Plaza, Suite 1700, Irvine, California 92614. I am over the age of 18 and not a party to the action. I am readily

4

familiar with the firm's practice of collection and processing of correspondence for mailing.

5

    On the date set forth below, I served the foregoing documents described *Notice of Settlement* on all interested parties in this action by placing [  ] the original [  ] a true copy

6

thereof in a sealed envelope addressed as follows:

7

| Bo Tran<br>1295 West San Carlos Street<br>San Jose, CA 95113 | Sai M. Ong<br>226 Phelan Avenue, #F<br>San Jose, CA 95112 |
| --- | --- |
| Phi L. Le<br>490 Keyes Street<br>San Jose, CA 95112 | Man Q. Dinh<br>3114 Dakan Court, Unit 3<br>San Jose, CA 95136 |

8

9

10

11

12

[ x ]  **BY MAIL**: I am "readily familiar" with Pepper Hamilton's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice,

13

it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereof fully

14

prepaid at Irvine, California, on that same day following ordinary business practices.

15

[ ]  **BY OVERNIGHT DELIVERY**: I deposited such document(s) in a box or other facility

16

regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or

17

package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) being served.

18

[ ]  **BY PERSONAL SERVICE**: I caused to be personally delivered such envelope(s)

19

directly to the person(s) being served.

20

[ x ]  (*State*) I declare under penalty of perjury under the laws of the State of California that the

21

above is true and correct.

22

[ ]  (*Federal*) I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

23

24

    I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on January 7, 2007, at Irvine, California.

25

26

Raquel Moreno

27

28