Michael L. Meeks, Esq. (State Bar No. 172000)
Michael A. Rule, Esq. (State Bar No. 152452)
Becky Hsiao, Esq. (State Bar. No. 232361)
**PEPPER HAMILTON LLP**
5 Park Plaza, Suite 1700
Irvine, California  92614
Telephone:  949.567.3500
Fax:  866.777.8799
E-Mail: Meeksm@pepperlaw.com

M. Kelly Tillery, Esq. (PA Bar No. 30380)
Elizabeth Campbell, Esq. (PA Bar No. 83729)
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone 215.981.4000
Facsimile 215.981.4750
E-Mail tilleryk@pepperlaw.com

Attorneys for IN-N-OUT BURGERS, a California Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN-N-OUT BURGERS, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAI M. ONG, an individual d/b/a "IN N OUT SMOG CHECK," BO TRAN, an individual d/b/a "IN & OUT SMOG CHECK," PHI L. LE, an individual d/b/a "IN-N-OUT | Case No.  C07 05453 JL<br><br>Assigned for all purposes to the Honorable James Larson, Dept. F<br><br>**CASE MANAGEMENT STATEMENT**<br><br>**(Initial Case Management Conference)**<br><br>Date:  January 30, 2008<br>Time:  10:00 a.m.<br>Dept.:  F |

1

SMOG CHECK," MAN Q. DINH, an individual d/b/a "IN N OUT SMOG CHECK,"

Defendants.

Pursuant to the Court's Order Setting Case Management Conference, Plaintiff IN-N-OUT BURGER ("INO BURGER") submits the following initial case management statement:

(1) INO BURGER filed its complaint on October 25, 2007 against defendants SAI M. ONG, an individual d/b/a "IN N OUT SMOG CHECK" ("ONG"), BO TRAN, an individual d/b/a "IN & OUT SMOG CHECK" ("TRAN"), PHI L. LE, an individual d/b/a "IN-N-OUT SMOG CHECK" ("LE"), and MAN Q. DINH, an individual d/b/a "IN N OUT SMOG CHECK" ("DINH") for state and federal Trademark Infringement, state, federal, and common law Unfair Competition, and dilution under California law.

In its complaint, INO BURGER alleged that Defendants ONG, TRAN, LE, and DINH have used and use marks and identifiers in connection with their respective businesses that infringe upon INO BURGER'S ten (10) Federal Service Mark and Trademark Registrations.

(2) All Defendants in the action have been served. None of the Defendants in the action are represented by counsel.

(3) INO BURGER has entered into settlement agreements with Defendants ONG, TRAN, and LE. INO BURGER filed a Notice of Settlement with the Court on January 7, 2008, informing the Court that INO BURGER intended to dismiss the action against all defendants within 30 days, pending execution of the settlement agreements.

2

Case Management Statement

On January 15, 2008, counsel for INO BURGER informed all Defendants of the initial case management conference scheduled for January 30, 2008.

Dated:       January 18, 2008         Respectfully submitted,

By:_____/s/_____
Michael Rule, Esq.
Michael L. Meeks, Esq.
Becky Hsiao, Esq.
PEPPER HAMILTON LLP
5 Park Plaza, Suite 1700
Irvine, CA 92614-8503
Telephone: 949.567.2500
Facsimile 949. 863.0151
E-Mail: meeksm@pepperlaw.com

M. Kelly Tillery, Esq. (PA Bar No. 30386)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215.981.4000
Facsimile: 215.981.4750
E-mail: tilleryk@pepprelaw.com

Attorneys for IN-N-OUT BURGERS

Case Management Statement

## PROOF OF SERVICE

I am employed in the County of Orange, State of California, am over the age of 18 and not a party to the within action. My business address is Pepper Hamilton LLP, 5 Park Plaza, Suite 1700, Irvine, California 92614. I am over the age of 18 and not a party to the action. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.

On the date set forth below, I served the foregoing documents described **Case Management Statement** on all interested parties in this action by placing [ ] the original [X] a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Bo Tran<br>1295 West San Carlos Street<br>San Jose, CA 95113 | Sai M. Ong<br>226 Phelan Avenue, #F<br>San Jose, CA 95112 |
| Phi L. Le<br>490 Keyes Street<br>San Jose, CA 95112 | Man Q. Dinh<br>3114 Dakan Court, Unit 3<br>San Jose, CA 95136 |

[x]  **BY MAIL**: I am "readily familiar" with Pepper Hamilton's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereof fully prepaid at Irvine, California, on that same day following ordinary business practices.

[ ]  **BY OVERNIGHT DELIVERY**: I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) being served.

[ ]  **BY PERSONAL SERVICE**: I caused to be personally delivered such envelope(s) directly to the person(s) being served.

[x]  (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]  (*Federal*) I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on January 18, 2007, at Irvine, California.

*/s/ Raquel Moreno*
Raquel Moreno

PROOF OF SERVICE