1  Michael L. Meeks, Esq. (State Bar No. 172000)
2  Michael A. Rule, Esq. (State Bar No. 152452)
   Becky Hsiao, Esq. (State Bar. No. 232361)
3  **PEPPER HAMILTON LLP**
4  5 Park Plaza, Suite 1700
   Irvine, California  92614
5  Telephone:  949.567.3500
6  Fax:  866.777.8799
   E-Mail: Meeksm@pepperlaw.com
7
8  M. Kelly Tillery, Esq. (PA Bar No. 30380)
   Elizabeth Campbell, Esq. (PA Bar No. 83729)
9  **PEPPER HAMILTON LLP**
10 3000 Two Logan Square
   Eighteenth and Arch Streets
11 Philadelphia, PA 19103-2799
12 Telephone 215.981.4000
   Facsimile 215.981.4750
13 E-Mail tilleryk@pepperlaw.com
14
   Attorneys for IN-N-OUT BURGERS, a California Corp.
15
16                 UNITED STATES DISTRICT COURT
17     NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
18
   IN-N-OUT BURGERS, a California          Case No.  C07 05453 JL
19 Corporation,
                                           Assigned for all purposes to the
20              Plaintiff,                  Honorable James Larson, Dept. F
21       v.                                **NOTICE OF DISMISSAL**
22
   SAI M. ONG, an individual d/b/a
23 "IN N OUT SMOG CHECK," BO
   TRAN, an individual d/b/a "IN &         Date:     January 30, 2008
24 OUT SMOG CHECK," PHI L. LE,             Time:     10:00 a.m.
   an individual d/b/a "IN-N-OUT           Dept.:    F
25
26
27
28

                                    1

1  SMOG CHECK," MAN Q. DINH,
2  an individual d/b/a "IN N OUT
   SMOG CHECK,"
3
4                    Defendants.
5

6  **TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR**

7  **ATTORNEYS OF RECORD:**

8          PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure

9  41(a)(1)(i), plaintiff IN-N-OUT BURGER ("INO BURGER") hereby dismisses the

10 above-captioned matter against defendants SAI M. ONG, an individual d/b/a "IN N

11 OUT SMOG CHECK", BO TRAN, an individual d/b/a "IN & OUT SMOG

12 CHECK", PHI L. LE, an individual d/b/a "IN-N-OUT SMOG CHECK", and MAN

13 Q. DINH, an individual d/b/a "IN N OUT SMOG CHECK" for state and federal

14 Trademark Infringement, state, federal, and common law Unfair Competition, and

15 dilution under California law, without prejudice.

16         PLEASE TAKE FURTHER NOTICE that INO BURGER requests that the

17 Court take the Initial Case Management Conference, scheduled for January 30,

18 2008, at 10:30 a.m., off calendar.

19

20

21

22

23

24 ///

25 ///

26 ///

27 ///

28

                                    2

1    Dated:        January 25, 2008        Respectfully submitted,

2

3                                         By: _____/s/_____
                                             Michael Rule, Esq.
4                                            Michael L. Meeks, Esq.
                                             Becky Hsiao, Esq.
5                                            PEPPER HAMILTON LLP
                                             5 Park Plaza, Suite 1700
6                                            Irvine, CA 92614-8503
                                             Telephone: 949.567.2500
7                                            Facsimile 949. 863.0151
                                             E-Mail: meeksm@pepperlaw.com
8

9

10                                           M. Kelly Tillery, Esq. (PA Bar No. 30386)
                                             PEPPER HAMILTON LLP
11                                           3000 Two Logan Square
                                             Eighteenth & Arch Streets
12                                           Philadelphia, PA 19103-2799
                                             Telephone: 215.981.4000
13                                           Facsimile: 215.981.4750
                                             E-mail: tilleryk@pepprelaw.com
14

15

16                                           Attorneys for IN-N-OUT BURGERS

17

18

19

20   February 4, 2008

21                        IT IS SO ORDERED

22                        [signature]
                          Judge James Larson
23

24

25

26

27

28

                                        3